```
               UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                Criminal No. 07-278(02)(PAM)

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,           )
                                )
     v.                         )   ORDER
                                )
CORNELIUS WINFIELD WALKER,      )
                                )
           Defendant.           )
```

This matter is before the Court on the government's motion to seal.  NOW, THEREFORE, IT IS HEREBY ORDERED that the government's motion is granted.

Dated: November   21  , 2008

S/Paul A. Magnuson
THE HONORABLE PAUL A. MAGNUSON
United States District Judge
District of Minnesota
